FILED
CLERK, U.S. DISTRICT COURT

JUN 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEE WOMACK, | NO. CV 07-7565-R(E) |
|     Petitioner, | |
|     v. | JUDGMENT |
| JAMES YATES, Warden, | |
|     Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 20, 2008.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE